## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   24-00041 |
| Anita A. Youshia, | ) | |
| | ) | Chapter:  7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### Order Granting Trustee's Motion to Retain Counsel

This matter coming before the court on the trustee's motion to retain counsel, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted.  The trustee may retain Ariane Holtschlag of The Law Office of William J. Factor, Ltd. as her counsel under 11 U.S.C. § 327(a), effective February 21, 2024, with compensation subject to further court order.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  March 04, 2024

**Prepared by:**

Deborah K. Ebner, Trustee
PO Box 929
Glenview, Illinois 60025
(312) 470-1288