**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | 24 B 41 |
| ANITA YOUSHIA, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |

**NOTICE OF WITHDRAWAL**

**To:**   See attached list

PLEASE TAKE NOTICE that Debtor, Anita Youshia, now **WITHDRAWS** her **Motion to Compel Abandonment**, which was filed on March 21, 2024 (docket no. 20), and was scheduled to be heard on April 8, 2024.

Date: March 25, 2024         By:   /s/ *David P. Leibowitz*
                                                                 David P. Leibowitz (ARDC # 1612271)
                                                                 Law Offices of David P. Leibowitz, LLC
                                                                 3478 N. Broadway, Unit 234
                                                                 Chicago, IL 60657
                                                                 (312) 662-5750
                                                                 dleibowitz@lakelaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this date, she caused a copy of this document to be served upon each entity shown on the attached list at the address shown and by the method indicated on the list on March 25, 2024, at 8:00 p.m.

                                                                  /s/ *Linda A. Green*
                                                                           Attorney

**SERVICE LIST**

*Parties served via electronic notice through CM/ECF:*

Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

Ariane Holtschlag    aholtschlag@wfactorlaw.com,
bsass@wfactorlaw.com;aholtschlag@ecf.courtdrive.com;holtschlagar43923@notify.bestcase.com

Deborah Kanner Ebner    dkebner@debnertrustee.com,
dke@trustesolutions.net,IL53@ecfcbis.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com